HELEN S. WRIGHT, Respondent, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Argued March 18, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 18, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Louis Marshall* for appellant.

*John A. Collier Wright* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.